ORIGINAL


**FILED**

06/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0336

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0336

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

GINA DELIGHT KRUEGER,

    Defendant and Appellant.

FILED

JUN 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for the Appellant Gina Delight Krueger filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Krueger responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We have considered the arguments raised by counsel and by Krueger in her response. Our examination of the sentencing phase of the record indicates that a nonfrivolous issue may exist on appeal. We direct counsel to review the complete record on appeal and to further consider whether an appealable issue exists as to any discrepancies between the District Court's written judgment and its oral pronouncement of sentence.

Therefore,

IT IS ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Krueger personally.

DATED this 28 day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2